## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

2. SARA MARIE EVENSON,

          Defendant.

Case No. 23-cr-114 (DSD/JFD)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 10, 2024, this Court entered a Preliminary Order of Forfeiture forfeiting property to the United States pursuant to 21 U.S.C. § 853(a);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 11, 2024, providing notice of the United States' intention to dispose of property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition pursuant to Fed. R. Crim. P 32.2(c) and 21 U.S.C. § 853(n)(2) has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' Motion for Final Order of Forfeiture (ECF No. 102) is **GRANTED**;

2. all right, title and interest in a Sig Sauer P320 9mm pistol bearing serial number M18-053430, and all accessories and ammunition seized therewith is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a); and

3. the United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 13, 2025         *s/David S. Doty*
                               DAVID S. DOTY
                               United States District Judge